# UNITED STATES DISTRICT COURT
## for the
## Northern District of Georgia
## Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 0 4 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Felix Bernard Jones
Plaintiff,

v.

Case Number:

**1:24-CV-0049**

Governor Bryan Kemp
Defendant.

# COMPLAINT!

Your Honor on October 4th, 2022 this Tuesday there was a Town Hall Meeting at Clark Collage and the Congressmenes and Stacy Aprums came to talk about what they plan on doing for their political firm that they were planning on running for on their political field. When the Political appoinits came out I got a piece of paper and I wrote the poloticians name down and wrote what their ize field of politics they were going in. The first one was Alashia Thomast Searcy, she was talking about her field which was in Georgia State School System. Then our Politician whome is doing x Great Job on his field Ralpheal Warnock came out and he said what he was going to proseed in doing. Then the next politician came out and talked who were going for her vote which was Ms. Bee Winn. I know that this is not how her name is really spelled but I wrote her name on for the next politician who was going for her vote, and she was talking about WHY she was going for her office. She said that she was going through raiceism her self. While she was talking I agreed right with her and I said right along with her. I said louldly, "Your right we are going through iseisam still. The number 45 Donald Trump tried to set

a Plot to KILL ME. AND I CAN TALK ABOUT IT, Then the people on the Mick looked right at me. Before Bee Winn came out to speak I saw a woman and her son. I was sitting in the middle of the seats and I moved over to the next seat so that she and her son could have their seats. When she came and took her seat. The Politicians came out and started speaking, and she was on the other field of polites she was on the Republican Field, when the Pollotics came out to speak she was on the other filed. Before I herd her acting I asked her, "Mam have you ever meet a numerologist in your life?" She asked, "Whats a Numerologist?" I told her, "Mam, I am what you call a numbrologist I can do a quick mathmatics step on you and I will come back to the same number that you are going to pick are you ready?" She said, "Shure I'm ready." I told her, "Pick a number any number 1 through 31, Days of the month. But Keep the number to your self." She said, "O.K. I have my number." I said to her, "Multiply your number by 2." Then she said, "O.K. I did it." Then I said, "Add PUMMA 38 with your number." She said, "O.K." Then I said, "Now Devid your number by 2." She said, "O.K. I did." Then I

said, "Now take back the first number that you picked from the number that you have right now." She said, "O.K. I have done it." I asked her, "Are you Ready for your answer?" She said, "Yes I am ready." I told her, "This is your answer." I puffed my hand and I made 19 water drop sounds and then I ~~puffed~~ my hands and I asked the lady. "Are you ready for me to tell you what just happened?" The lady said, "Yes." I told the lady, "Mam, you see the Lord Blessed you with 10 toes havent he?" The lady said, "Yes he did." I said, "HALLELUWAHA! The Lord Blessed you with your right hand havent he?" The lady said, "Yes he have." I said HALLELUWAHA! But mam are you ready for me to tell you what happened to your Left hand?" She asked, "What?" I said, "Puff, Your pinkey finger was just cut off of your Left hand. Your answer is 19." She was astonished and she had her mouth wide open. Then the people from the Radio come out and started speaking. The first D.J. was Mr. Ryan Cameron, who was Kicked off of V103 and was on the station of

Magic 107.5 which Steve Harvey saw what Ryan Cameron was going through after he LOST in his Law Suite for in which I have leaugally WON. For in which when I guessed the EXACT amount of money from the game called the Kittie for in which they played on the radio station of V103 here in Atlanta. I guessed the EXACT amount that was on the Kittie and Mr. Ryan Cameron didn't give me but a misselly $103.00 and the next caller guessed the exact amount that I guessed which was $16,328.00 and she WON the Kittie. Then I went and got my money and I went home. The next year I tried to play the Kittie again. This time it was with anouther D.J. which was Jigger on V103. The same thing happened again but this time I didn't get the Kittie this time so I went to the Radio Station and I guessed the Kittie again and I did not get the Kittie. So I

went to the station of V103 and one of the D.J.'s on the station of V103 named Wanda Sykes saw me when I went to go and get my money. Wanda asked me, "Are you Felix Jones?" I said, "Yes I Is." Wanda said, "Come on I got to take you in the back and let you meet with the Crew." I said, "O.K." Wanda said, "Fallow me." Wanda took me in the Back with her Crew, and Wanda said, "Hay everybody I have someone that I want for you ALL to MEET." I said, "Hay everybody. How is everyone doing?" They ALL said, "We are fine Sir. How are you doing?" I said, "It's The BEST DAY OF MY LIFE!" Then I looked around and I saw Ryan Cameron sitting down, and I said to Ryan Cammeron, "Ryan I am HIGHLY! HIGHLY TICKED OFF AT YOU! AND YOU KNOW WHY I WON THE KITTIE BUT YOU DIDN'T GIVE ME BUT A MIZZLY $103.00 WHEN I WAS SUPPOSTED TO OF WON $16,328.00. Ryan I am takeing you to Court for NOT giveing me my Lump Sum. Ryan

Cammeron. I will meet you at Court. I took Mr. Ryan Cammeron to Court and I have WON my Case, and Ryan Cammeron have had to LEAVE the Station of V103 for not giveing me for in which I have Won on the Station of V103. When I WON Mr. Ryan Cammeron was Evicted from the Radio Station of V103. When he was at the Town Hall Meeting I Laughed Loud like a Hieaniegha. So Ryan could look at me and fell depressed about what he didn't give unto me, and for in which I have WON on my Court Case for in which was stolen from me by my familey for in which the I.R.S. is checking out about the check that I have Won and was taken away from me by all 4 of my family members and what they have put me through in the past, and is still trying to do it unto me know. My Mom was the last one to stell my check. Then she called on my brother Quentin and

she told him about the check that I have WON. Quentin came from Flordia and he got my S.S. Card and he changed his I.D. into me. My Mom gave Quentin my check for in which I have WON and my own brother Quentin got my check from my Mom and she gave my check to Quentin and my brother Quentin came and cashed my check your Honor. I called the place back about my check and I asked them when will I get my check. They told me that the check was allready cashed. I told them, "I didn't even get my check yet." They said, "we will have the I.R.S. to check out and see what has happened to your check Mr. Jones." I told them, "Thank you." Getting back to the Town Hall Meeting. Bee Winn came out and said about what Rose. I agreed right with her, I said out loud YOUR RIGHT THE NUMBER 45 Donald Trump Number 45 Donald Trump was trying to do unto his

HAD TRIED TO SET A PLOT TO KILL ME!" Everyone in the audience looked at ME. Then the other Politictions came up and talked. But the pollitation Hershel Walker was nowere to be found dureing the Town Hall meeting. I wrote the names of the Pollititions on a piece of paper. Then Stacy Abrems came out. Before she came out the lady who I moved over to the next seat she was on the side of the republacans. I told her, The republacans are the reasons why my cousin Ralph David Abernathey II is dead today." She said, "No it isnt." She was acting raicistand Belittleing the Democratic. So I gave her her card back, and I moved to another seat behind her on another area at the meeting. Then the Pollitation Stacks Abrums came

and Stacy was saying what she was planning on doing if she was to become the state senitor. I stood up and clapped my hands for Stacy Abrums while she was speaking I said LOUDLY, "THE NUMBER 45 DONALD TRUMP TRIED TO SET HIS PLOT TO KILL ME WHEN HE WAS IN OFFICE!" Then a person came to me and said to me, "Sir if you were to say anything ELSE Loud you will be Escourted out of the TOWNHALL meeting." I said "O.K. yes mamb." So I kept myself silent for the rest of the meeting. Then they were talking about what they are planning on doing about the closeings of the Hospitals. Stacy said, "I am going to try to keep the hospital open, even if it does shut down. I will try to keep the hospitals open." Then Stacys time was up.

Then our Governor John Kemp who was right along with the number 45 Donald Trump came out and he was asked questions, John Kemp was asked, "What are you planning on doing about the situation about the shutting down of the 2 Hospitals Governor Kemp? Governor Kemp said, "I see that a person is trying to shut down both of the hospitals. But I am going to see if I could get this person enialated before this session is over with." When I tried to write John Kemps name on the list the pen stoped writeing. Then I looked around in the place, and I saw some of the people in the Psyciatry field were looking at me. I knew that I was being tested by those Shrinks over there at Clark Camposs When John Kemp was talking about what is

going to happen to the hospitals I looked at Frank Skee and I looked at Frank Skee and I shook my head up and down once, Frank knows about what is going to happen to the hospitals your Honor because I told the Crew on Kiss 104.1 your Honor, Your Honor, I have a testiffacation about what these shrinks are still trying to do unto me from The names of the pollotics who are going for office your Honor, Your Honor Governor John Kemp was right along with number 45 Donald Trump to of tried to aridacate me for in which when I was failing my law suits against the hospital for trying to set their plots by the Psyciatriste to try to

aridicate me with the deadly med which is Latuda your Honor. Your Honor, John Kemp and Donald Trump both had set the Plot by the Poliece Departments of East Point and Atlanta to try to Kill me your Honor, and this past Tuesday October 4th, 2022 John Kemp said at the Town Hall Meeting in my face that he was going to set another Plot by the Poliece Department to try to ERADACATE ME AGAIN Your Honor. Your Honor I have a Testafacation about what happened at the Town Hall Meeting when those Chicken Headed Drinks were trying to test my Mental ability. Your Honor I am to a HIGHER LEVEL now your

Honor. Your Honor now I am stratigagly failing a Law Suite agaist the Governor John Kemp for getting right along with the number 45 Donald Trump to of set the Plot to Kill me your Honor, and as he said in the Town Hall Meeting, He was going to try to set anouther Plot to ARATICATE ME again. Your Honor I am VERY AWARE, and VERY ALERT about EVERYTHING that I AM DOING now your Honor. Your Honor I am Ready to fail a Law Suite on Governor John Kemp for the PLOT that he was with number 45 Donald Trump and the Plot that he had said at Clark Campus for the Law Suite

that I am failing against both of the Well-Star Hospitals for the Trash that they have done unto me your Honor. So now stritigickly your Honor I am failing a law suite against the Governor of Georgia John Kemp for the words he stratiglicly said in the Town Hall meeting. John Kemp said, That he was going to try to ERATICATE the person that is failing the Law Suite against the Hospitals. Your Honor That is an Attempment of a Future Plot of trying to KILL ME AGAIN. Your Honor I am failing a Law Suit on the Governor John Kemp for trying to set his second atempt of trying to KILL ME AGAIN and trying to LET The

strategically

Alashia Thomast Searcy G.S. School
Ralpheal Warnock
Bee Winn
Ngyan
Gin Girdin
Stacy Abrems
! ← Shrink's Testing Me.
John Kemp

Morehouse Collage
855 609-1097

527 8759

524-5811

atlantalegalaid.org/aply