# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FELIX BERNARD JONES,<br><br>                Plaintiff,<br><br>vs.<br><br>GOVERNOR BRIAN KEMP, ET AL,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-0049-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** without prejudice for failure to comply with a Court order and for failure to effect service of process under Rule 4(m).

Dated at Atlanta, Georgia, this 12th day of June, 2024.

                                                                  KEVIN P. WEIMER
                                                                  CLERK OF COURT

                                   By:   _s/ D. Barfield_____
                                                 D. Barfield, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 12, 2024
Kevin P. Weimer
Clerk of Court

By:  _s/ D. Barfield_____
        Deputy Clerk